**DISMISSED and Opinion Filed December 1, 2023**



In The

### Court of Appeals
### Fifth District of Texas at Dallas

_____

### No. 05-23-00678-CV
_____

### WILEY BROS. MANAGEMENT CORPORATION ET AL., Appellants
### V.
### ANN TATTON ET AL., Appellees

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-22-14969**

## MEMORANDUM OPINION AND ORDER

Before Justices Molberg, Goldstein, and Smith
Opinion by Justice Molberg

Before the Court is appellants' November 20, 2023 motion to dismiss appeal.

Although appellants' motion does not include a certificate of conference, more than

ten days have passed and no party has expressed opposition to appellants' motion.

*See* TEX. R. APP. P. 10.1(a)(5), 10.3(a).

We grant the motion and dismiss this appeal. *See* TEX. R. APP. P. 42.1(a)(1),

43.2(f). All other motions pending without a ruling are denied as moot.

230678f.p05

/Ken Molberg//
KEN MOLBERG
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

WILEY BROS. MANAGEMENT
CORPORATION ET AL.,
Appellants

No. 05-23-00678-CV     V.

ANN TATTON ET AL., Appellees

On Appeal from the 162nd Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-22-14969.
Opinion delivered by Justice
Molberg. Justices Goldstein and
Smith participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Subject to any agreement between the parties, it is **ORDERED** that appellees ANN TATTON; SARA ALLISON SCHULTZ; KATHY HERNANDEZ; LOUISE LARY; JAMES H. HERNDON, JR.; GAYLE ALLISON; ELEANOR MUNSON; ROBERT W. TALKINGTON; RUTH LYNN ROGERS; CAROL LINDHOLM; PAUL C. TALKINGTON; C. PAUL ROGERS, III; HEATHER HECK; JILLIAN ROGERS; RUTH ELIZABETH MASSEY; JAMES M. TALKINGTON; ALLISON LINDHOLM HOPPER; MATHEW J. LINDHOLM; STEPHEN TATTON; MARY ELIZABETH TATTON; MARY VIRGINIA TATTON; BRYAN ALLISON; ANDREW D. TATTON; MARGARET HERNDON; EMILY HERNDON; AND CHARLES F. TATTON recover their costs of this appeal from appellants WILEY BROS. MANAGEMENT CORPORATION; JAMES EDWARD WILEY JR. IN HIS PERSONAL CAPACITY AND AS TRUSTEE OF THE WILEY FAMILY TRUST B AND THE JAMES EDWARD WILEY JR. GS-TRUST; ROBERT ALAN WILEY IN HIS PERSONAL CAPACITY AND AS TRUSTEE OF THE ROBERT ALAN WILEY GS-TRUST; DONALD PRESTON WILEY; GLEN RICHARD WILEY IN HIS PERSONAL CAPACITY AND AS TRUSTEE OF THE GLEN RICHARD WILEY GS-TRUST AND THE DONALD PRESTON

WILEY GS-TRUST; JAMES CHRISTOPHER WILEY; AND JOHN TIMOTHY WILEY.


Judgment entered this 1st day of December, 2023.